UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY SHACKERFORD,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>MACEDO, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.  2:23-cv-02069-GMN-DJA<br><br>ORDER GRANTING NUNC PRO TUNC MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

　　　　In its screening order under 28 U.S.C. § 1915A, the Court gave then pro se plaintiff Sydney Shackerford until February 26, 2024, to file a first amended complaint, if he chose to do so. (ECF No. 6 at 13). Before that deadline expired, Plaintiff, through his recently retained counsel, moved to extend it by 30 days, arguing that counsel needs more time considering recent discussions with the plaintiff about his claims and counsel's emergency dental surgery. (ECF No. 9).

　　　　Good cause appearing, it is hereby ordered that Plaintiff's motion for an extension of time (ECF No. 9) is granted nunc pro tunc.

　　　　It is further ordered that Plaintiff's deadline to file a first amended complaint is **extended to March 29, 2024.**

　　　　Dated this 28th day of February 2024.

_____
U.S. Magistrate Judge