UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SYDNEY SHACKERFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACEDO, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02069-GMN-DJA<br><br>**ORDER** |

　　　　This matter is before the Court on the parties' Rule 26 Joint Case Management Conference Report (ECF No. 27), filed on September 23, 2024. The parties seek the standard 180 days for discovery so the Court will grant the scheduling order.

　　　　IT IS THEREFORE ORDERED that the parties' Rule 26 Joint Case Management Conference Report (ECF No. 27) is **granted.**

　　　　IT IS FURTHER ORDERED that the following dates shall govern discovery:

- Discovery cutoff: February 26, 2025
- Amend pleadings and add parties: November 28, 2024
- Expert disclosures: December 30, 2024
- Rebuttal expert disclosures: January 29, 2025
- Dispositive motions: March 28, 2025
- Joint pretrial order: April 27, 2025

　　　　IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

　　　　DATED: October 3, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE