PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
5545 Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY SHACKERFORD,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA; JAMES DZURENDA, in his official capacity as Director for the Nevada Department of Corrections; JEREMY BEAN, in his individual and official capacity as Warden of High Desert State Prison; CORRECTIONS OFFICER MACEDO, in his individual and official capacity; DOES 1 through 15; and ROE ENTITIES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:23-CV-02069-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** |

Plaintiff, SYDNEY SHACKERFORD, by and through his counsel of record, PETER M. ANGULO, ESQ., of the ANGULO LAW GROUP and Defendants, JEREMY BEAN, JAMES DZURENDA, ARTURA MACEDO, the STATE OF NEVADA and the NEVADA DEPARTMENT OF CORRECTIONS by and through their counsel AARON D. FORD, Attorney General and RUDOLF M. D'SILVA, Deputy Attorney General, (collectively, "the Parties") submit the following Stipulation and proposed Order pursuant to LR 26-3 hereby agreeing to a 120-day continuance of the current discovery deadline to give the parties additional time to conduct discovery.

**I.   STATEMENT OF DISCOVERY COMPLETED TO DATE**

On September 9, 2024 Defendants submitted their Initial Production of Documents and Witnesses.

1

On September 23, 2024 Plaintiff submitted his Initial Production of Documents and Witnesses.

On November 25, 2024 Plaintiff submitted Interrogatories to the Nevada Department of Corrections.

On November 25, 2024 Plaintiff submitted Request for Admissions to the Nevada Department of Corrections.

On November 25, 2024 Plaintiff submitted Requests for Production to the Nevada Department of Corrections.

On January 22, 2025 Defendants submitted their First Supplement to Initial Production of Documents and Witnesses.

On January 22, 2025 Defendant the Nevada Department of Corrections submitted its Responses to Plaintiff's Request for Admissions.

On January 22, 2025 Defendant the Nevada Department of Corrections submitted its Responses to Plaintiff's Request for Production.

On January 30, 2025 Defendant the Nevada Department of Corrections submitted its Answers to Plaintiff's Interrogatories.

## II.  STATEMENT OF DISCOVERY THAT NEEDS TO BE COMPLETED

Deposition of Jeremy Bean

Deposition of James Dzurenda

Deposition of Arturo Macedo

Deposition of PMK of Nevada Department of Corrections

Deposition of Sydney Shackerford

Depositions of Plaintiff's treating physicians

## III.  REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties are diligently engaged in discovery. Plaintiff is currently housed at the Southern New Mexico Correctional Facility. An executed HIPAA authorization was only received on February 5, 2025 so that the parties can obtain medical records and bills from the Memorial Bone and Joint Center in Las Cruces, New Mexico.

Counsel for Plaintiff has further been out of the country since January 23, 2025 and is not due to return until February 12, 2025. Counsel for Plaintiff further has a trial scheduled on March 3, 2025 for which he is first on the stack in the matter of <u>Watkins v. Kanapathy</u>, Case No. A-20-820714-C. This trial is scheduled to last 7-10 days.

Defendants are currently awaiting Plaintiff's counsel to return back to the country so that they may discuss and potentially stipulate to a protective order prior to defense counsel disclosing certain documents to Plaintiff.

The parties are seeking a 120-day continuance of the current discovery deadlines to give the parties sufficient time to conduct depositions as outlined above.

## IV.   PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the discovery cutoff deadline be extended for a period of 120 days. If approved, the new discovery deadlines would be modified as follows:

| <u>Task</u> | <u>Current Deadline</u> | <u>Proposed Deadline</u> |
|---|---|---|
| Last day to amend pleadings and add parties | November 28, 2024 | CLOSED |
| Last day to disclose initial experts and reports | December 30, 2024 | CLOSED |
| Last day to disclose rebuttal experts and reports | January 29, 2025 | CLOSED |
| Discovery cutoff | February 26, 2025 | June 26, 2025 |
| Last day to file dispositive motions | March 28, 2025 | July 28, 2025[1] |

---

[1] As 60 days prior to the last day to file dispositive motions falls on Saturday, July 26, 2025, the date has been adjusted accordingly.

3

| Pre-Trial Order | April 27, 2025 | August 25, 2025 |

DATED this 5th day of February, 2025.

ANGULO LAW GROUP

By /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
Attorneys for Plaintiff

IT IS SO ORDERED:

DATED this 5th day of February, 2025.

AARON D. FORD, Attorney General

By /s/ Rudolf M. D'Silva
RUDOLF M. D'SILVA, ESQ.
Nevada Bar No. 016227
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Attorneys for Defendants

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/6/2025

## Margaret Anthis

**From:** Rudolf M. D'Silva <rdsilva@ag.nv.gov>
**Sent:** Wednesday, February 5, 2025 11:13 AM
**To:** Margaret Anthis
**Subject:** RE: Shackerford v. Macedo
**Attachments:** SO Extend Discovery (1st Request) - rmd.docx

CAUTION: This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hi Margaret,

Attached are my changes. If you're ok with these changes I'm fine with you affixing my signature.

Best,

**Rudolf M. D'Silva**
Deputy Attorney General
Office of the Nevada Attorney General
Public Safety Division
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Phone: 702.486.3375
Fax: 702.486.3773
Email: rdsilva@ag.nv.gov



*Notice: This e-mail message and any attachments thereto may contain confidential, privileged or non-public information. Use, dissemination, distribution or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies*

**From:** Margaret Anthis <manthis@angulolawgroup.com>
**Sent:** Wednesday, February 5, 2025 11:00 AM
**To:** Rudolf M. D'Silva <rdsilva@ag.nv.gov>
**Subject:** Shackerford v. Macedo

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. D'Silva, please review the attached Stip and Order to Extend Discovery. I left you a voicemail as Peter did not leave me any instructions other than to prepare this document. I asked for 120 days. Please let me know what your reasons are for discovery not being completed. I have put all of Peters in. Thanks.

1