PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
5545 Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
pangulo@angulolawgroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY SHACKERFORD,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS; STATE OF NEVADA; JAMES DZURENDA, in his official capacity as Director for the Nevada Department of Corrections; JEREMY BEAN, in his individual and official capacity as Warden of High Desert State Prison; CORRECTIONS OFFICER MACEDO, in his individual and official capacity; DOES 1 through 15; and ROE ENTITIES 1 through 5, inclusive,<br><br>Defendants. | Case No.  2:23-CV-02069-GMN-DJA<br><br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT #(38)<br>(First Request) |

Plaintiff, SYDNEY SHACKERFORD, and Defendants, JEREMY BEAN, JAMES DZURENDA, ARTURO MACEDO, the STATE OF NEVADA and the NEVADA DEPARTMENT OF CORRECTIONS, by and through their respective attorneys of record, hereby submit the following Stipulation to Extend Time for Plaintiff to respond to Defendants' Motion for Summary Judgment (#38).

Defendants filed their Motion for Summary Judgment on September 24, 2025. Plaintiff's Opposition is due to be filed with this Court on October 15, 2025. Plaintiff's counsel has only recently returned to the country after being gone for three weeks and would request an extension of time, to and including October 29, 2025 within which to file his Opposition to Defendants Motion for Summary Judgment.

1   Defendants Reply supporting the Motion for Summary Judgment will be due on November 5,

2   2025.

3   No party will be prejudiced by the stipulated extension, nor will the stipulated extension unduly

4   delay or any other improper reason.  This is the first request for an extension.

5   DATED this 6th day of October, 2025.          DATED this 6th day of October, 2025.

6

7

8   By /s / Peter M. Angulo                      By /s/ Rudolf M. D'Silva
    PETER M. ANGULO, ESQ.                        RUDOLF M. D'SILVA, ESQ.
    5545 S. Mountain Vista Street, Suite F       1 State of Nevada Way, Suite 100
9   Las Vegas, Nevada  89119                     Las Vegas, Nevada  89119
    Attorneys for Plaintiff                      Attorneys for Defendants
10

11

12                                  **ORDER**

13          IT IS SO ORDERED

14

15   _____
                          UNITED STATES DISTRICT JUDGE
16
                          DATED:   October 7, 2025
17

18

19

20

21

22

23

24

25

26

27

28