1  PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
2  5545 Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
3  Tel: (702) 384-8000
4  Fax: (702) 384-8200
pangulo@angulolawgroup.com
5  *Attorney for Plaintiff*

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8

9  SYDNEY SHACKERFORD,                  Case No. 2:23-CV-02069-GMN-DJA

10            Plaintiff,

11  vs.                                 STIPULATION AND ORDER TO
                                        EXTEND TIME FOR PLAINTIFF TO
12  NEVADA DEPARTMENT OF                RESPOND TO DEFENDANTS
    CORRECTIONS; STATE OF NEVADA;       MOTION FOR SUMMARY
13  JAMES DZURENDA, in his official capacity   JUDGMENT #(38)
    as Director for the Nevada Department of   (Second Request)
14  Corrections; JEREMY BEAN, in his
    individual and official capacity as Warden of
15  High Desert State Prison; CORRECTIONS
    OFFICER MACEDO, in his individual and
16  official capacity; DOES 1 through 15; and
    ROE ENTITIES 1 through 5, inclusive,
17
18            Defendants.

19        Plaintiff, SYDNEY SHACKERFORD, and Defendants, JEREMY BEAN, JAMES DZURENDA,

20  ARTURO MACEDO, the STATE OF NEVADA and the NEVADA DEPARTMENT OF

21  CORRECTIONS, by and through their respective attorneys of record, hereby submit the following

22  Stipulation to Extend Time for Plaintiff to respond to Defendants' Motion for Summary Judgment (#38).

23        Defendants filed their Motion for Summary Judgment on September 24, 2025. Plaintiff's

24  Opposition is due to be filed with this Court on October 29, 2025. Plaintiff was injured last week and

25  Plaintiff's counsel has not been able to obtain his signature on a Declaration that will be attached to the

26  Opposition. For this reason, Plaintiff is requesting an extension of time, to and including November 12,

27  2025 within which to file his Opposition to Defendants Motion for Summary Judgment.

28

                                        1

Defendants Reply supporting the Motion for Summary Judgment will be due on November 19, 2025.

No party will be prejudiced by the stipulated extension, nor will the stipulated extension unduly delay or any other improper reason. This is the second request for an extension.

DATED this 28th day of October, 2025.                                    DATED this 28th day of October, 2025.


By /s / Peter M. Angulo                                                            By /s/ Rudolf M. D'Silva
PETER M. ANGULO, ESQ.                                                      RUDOLF M. D'SILVA, ESQ.
5545 S. Mountain Vista Street, Suite F                                   1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119                                                       Las Vegas, Nevada 89119
Attorneys for Plaintiff                                                              Attorneys for Defendants


**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____October 29, 2025_____

2

# Margaret Anthis

| | |
|---|---|
| From: | Rudolf M. D'Silva <rdsilva@ag.nv.gov> |
| Sent: | Tuesday, October 28, 2025 11:04 AM |
| To: | Margaret Anthis |
| Cc: | Diane Resch; Jamile X. Vazquez; Kimalee D. Goldstein; Peter Angulo |
| Subject: | RE: Shackerford v. NDOC |

CAUTION: This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

I'm fine with you affixing my e-signature.

Kind Regards,

**Rudolf M. D'Silva**
Deputy Attorney General
Office of the Nevada Attorney General
Public Safety Division
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Phone: 702.486.3375
Fax: 702.486.3768
Email: rdsilva@ag.nv.gov



*Notice: This e-mail message and any attachments thereto may contain confidential, privileged or non-public information. Use, dissemination, distribution or reproduction of this information by unintended recipients is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy all copies*

**From:** Margaret Anthis <manthis@angulolawgroup.com>
**Sent:** Tuesday, October 28, 2025 10:40 AM
**To:** Rudolf M. D'Silva <rdsilva@ag.nv.gov>
**Cc:** Diane Resch <DResch@ag.nv.gov>; Jamile X. Vazquez <jxvazquez@ag.nv.gov>; Kimalee D. Goldstein <kgoldstein@ag.nv.gov>; Peter Angulo <pangulo@angulolawgroup.com>
**Subject:** RE: Shackerford v. NDOC

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

See the attached Stip and Order. Let me know if I can use your e-signature. Thanks.

Margaret Anthis

1