AARON D. FORD
Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants
Jeremy Bean, James Dzurenda,
Arturo Macedo, The State of Nevada,
and the Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SYDNEY SHACKERFORD,

Plaintiff,

v.

MACEDO, *et al.*,

Defendants.

Case No. 2:23-cv-02069-GMN-DJA

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXCUSE THE PRESENCE OF DEFENDANTS JEREMY BEAN, JAMES DZURENDA AND ARTURO MACEDO [ECF NO. 45]**

Plaintiff Sydney Shackerford, by and through his counsel, Peter Angulo Esq., and Defendants Jeremy Bean, James Dzurenda, Arturo Macedo, The State of Nevada and The Nevada Department of Corrections, by and through his counsel Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Senior Deputy Attorney General, respectfully submit the following Stipulation and Proposed Order to Excuse the Presence of Defendants Jeremy Bean, James Dzurenda and Arturo Macedo from the Settlement Conference which will be held on July 27, 2026. ECF No. 46.

On May 28, 2026, this Court issued an Order Scheduling a Settlement Conference. *Id*. This order provides that the Parties may file a request for an exception to the attendance of parties required by the order from this Settlement Conference, so long as the request is filed fourteen (14) days prior to the Settlement Conference. *Id*. at 2:6-7. Defense counsel contacted Plaintiff's counsel and informed him that present at this Settlement

Conference would be an NDOC representative, who would have settlement authority of up to $500, and the Nevada State Tort Claims Manager, who will have settlement authority of anything *above* $500. As such, the presence of named Defendants Jeremy Bean, James Dzurenda and Arturo Macedo would be unnecessary.

Accordingly, the Parties have stipulated and agreed to excuse the presence of Jeremy Bean, James Dzurenda and Arturo Macedo at the Settlement Conference scheduled for July 27, 2026.

**IT IS SO STIPULATED.**

DATED this 13th day of July, 2026.

By: */s/ Peter Angulo*
PETER ANGULO (Bar. No. 3672)
*Pro Bono Attorney for Plaintiff*

DATED this 13th day of July, 2026.
AARON D. FORD
Attorney General

By: */s/ Rudolf M. D'Silva*
RUDOLF M. D'SILVA (Bar No. 16227)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED:**



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/15/2026